**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-7612**

―――――――――

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

          versus

JAMES DAMON SUMPTER,

                                  Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CR-90-25)

―――――――――

Submitted:  April 13, 2000          Decided:  April 19, 2000

―――――――――

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

James Damon Sumpter, Appellant Pro Se.  Roscoe Conklin Howard, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Damon Sumpter seeks to appeal the district court's order denying his 28 U.S.C.A. § 2255 (West Supp. 1999) motion. We dismiss the appeal for lack of jurisdiction because Sumpter's notice of appeal was not timely filed.

In civil actions in which the United States or an officer or agency thereof is a party, all parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on August 25, 1999. Sumpter's notice of appeal was filed on November 22, 1999. Because Sumpter failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2